KEVIN G. CLARKSON
ATTORNEY GENERAL

Andalyn Pace (Alaska Bar No. 1305025)
Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
Telephone: (907) 269-5100
Facsimile: (907) 258-0760
Email: andalyn.pace@alaska.gov

Attorney for Defendant Matthew Wertanen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FERNANDO OSPINA and TRACI REEDY, <br><br> Plaintiffs. <br><br> v. <br><br> MATTHEW J. WERTANEN, STATE OF ALASKA, DEPARTMENT OF PUBLIC SAFETY, <br><br> Defendants. | Case No. 3:19-cv-00224-JWS |

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

Defendants Matthew Wertanen and State of Alaska, Department of Public Safety, under 28 U.S.C. § 1441(a) and 1446, provide notice of the removal of the above-captioned case from the Superior Court for the State of Alaska, Third Judicial District at Kenai, Case No. 3KN-18-01084 CI, to this Court. The removal is based on the following grounds:

1. Plaintiffs amended their complaint, asserting federal claims. The Superior Court for the State of Alaska granted Plaintiffs' motion to amend and accepted the amended complaint for filing on July 25, 2019.

2. In their Amended Complaint, paragraphs 77 through 89, Plaintiffs Fernando Ospina and Traci Reedy allege that Defendants deprived them of constitutional rights guaranteed under the 4th amendment, 5th amendment, and 14th amendment of the United States Constitution in violation of the Civil Rights Act of 1871, and 42 U.S.C. § 1983. The action therefore arises under the Constitution, laws, or treaties of the United States.

3. The action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

4. This Notice of Removal is being filed within thirty days after the court accepted the amended complaint and it was first ascertained that the case is one which has become removable, and is therefore timely filed under 28 U.S.C. 1446(b).

5. All of the defendants consent to removal under 42 U.S.C. § 1446(b)(2)(C).

6. Written notice of the filing of this Notice will promptly be given to all adverse parties as required by 28 U.S.C. § 1446(d).

7. A Notice to State Court of Removal will be filed in the Superior Court for the State of Alaska, Third Judicial District at Kenai, Case No. 3KN-18-01084 CI, on behalf of the defendants.

*Ospina, F. & Reedy, T. (v. SOA, DPS & Wertanen, M)*     Case No.: 3:19-cv-00224-JWS
Defendants' Joint Notice of Removal     Page 2 of 3

Case 3:19-cv-00224-JWS   Document 1   Filed 08/19/19   Page 2 of 3

DATED: August 19, 2019.

                              KEVIN G. CLARKSON
                              ATTORNEY GENERAL

By: /s/Andalyn Pace
     Andalyn Pace
     Assistant Attorney General
     Alaska Bar No. 1305025
     Department of Law
     1031 West 4th Avenue, Suite 200
     Anchorage, AK 99501-1994
     Email: andalyn.pace@alaska.gov
     Attorney for Defendant
     Matthew Wertanen

By: /s/Jessica Leeah
     Jessica Leeah
     Assistant Attorney General
     Alaska Bar No. 0412105
     Department of Law
     PO Box 110300
     Juneau, AK 99811-0300
     Phone: (907) 465-3600
     Facsimile: (907) 465-2520
     Email: jessica.leeah@alaska.gov
     Attorney for Defendant
     State of Alaska, Department of Public Safety

<u>Certificate of Service</u>
I certify that on August 19, 2019 the foregoing **Defendants' Joint Notice of Removal** was served electronically on:

| | |
|---|---|
| Jeffrey J. Barber | Chadwick McGrady |
| Barber and Associates, LLC | Law Office of Chadwick McGrady, P.C. |
| 540 East Fifth Avenue | 417 Monument Rd., Suite 6 |
| Anchorage, AK 99501 | Grand Junction, CO 81507 |
| jeffb@alaskainjury.com | chad@chadwickmcgrady.com |

/s/Kate M. Crescenzo
Kate M. Crescenzo, Law Office Assistant I

*Ospina, F. & Reedy, T. (v. SOA, DPS & Wertanen, M)*     Case No.: 3:19-cv-00224-JWS
Defendants' Joint Notice of Removal                                      Page 3 of 3