Jeff Barber
Barber & Associates, LLC
540 E 5th Avenue
Anchorage, AK 99501
Telephone: (907) 276-5858
Facsimile: (907) 276-5817
E-mail: jeffb@alaskainjury.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| FERNANDO OSPINA and TRACI REEDY, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW J. WERTANEN, STATE OF ALASKA, DEPARTMENT OF PUBLIC SAFETY, <br><br> Defendants. | No. 3:19-cv-00224-JWS <br><br><br><br><br><br><br><br> **PLAINTIFFS' STATUS REPORT** |

COME NOW the Plaintiffs, by and through counsel, and give the following status report:

Mr. Ospina's criminal trial is currently scheduled for 10/19/21 with a trial call on 10/14/21 according to Alaska Court records on Courtview.

DATED in Anchorage, Alaska this 16st day of August, 2021.

BARBER & ASSOCIATES, LLC

Attorneys for Plaintiffs

By: /s/Jeff Barber
    JEFF BARBER
    AK Bar #0111058

CERTIFICATE OF SERVICE
hereby certify that on this 16st day of August, 2021,
a copy of the foregoing was served by email
to the following:

Andalyn Pace
andalyn.pace@alaska.gov

Jessica Leeah
jessica.leeah@alaska.gov
joleen.langel@alaska.gov
kimberly.halstead@alaska.gov

Chadwick McGrady
chad@chadwickmcgrady.com

/s/Angie Miller
Angie Miller