**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

# 70111570000164261435

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item could not be delivered on December 26, 2025 at 1:02 pm in FAIRBANKS, AK 99711. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
FAIRBANKS, AK 99711
December 26, 2025, 1:02 pm

**Reminder to Schedule Redelivery of your item**
December 7, 2025

**Available for Pickup**
CPU BADGER
771 BADGER RD
NORTH POLE AK 99705-5710
M-F 1300-1900; SAT 0900-1500
December 6, 2025, 8:36 am

**Notice Left (No Authorized Recipient Available)**
NORTH POLE, AK 99705
December 5, 2025, 6:23 am

**Notice Left (No Authorized Recipient Available)**
NORTH POLE, AK 99705
December 2, 2025, 6:15 am

**In Transit to Next Facility**
December 1, 2025

**Arrived at USPS Regional Facility**
ANCHORAGE AK DISTRIBUTION CENTER
November 28, 2025, 10:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

Feedback

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Case 3:19-cv-00224-KFR   Document 105-1   Filed 12/31/25   Page 2 of 2

Exhibit A
Page 2 of 2