IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
FERNANDO OSPINA and TRACI REEDY,)
                                )
          Plaintiffs,           )
                                )
vs.                             )
                                )
MATTHEW J. WERTANEN, STATE OF   )
ALASKA, DEPARTMENT OF PUBLIC    )
SAFETY,                         )
                                )
          Defendants.           )
_____)
Case No. 3:19-cv-00224-KFR
```

ZOOM VIDEO DEPOSITION OF TRACI REEDY

DECEMBER 9, 2025

APPEARANCES:

```
FOR THE PLAINTIFFS:     MR. JEFF DAYBELL
                        Barber & Associates
                        Attorneys at Law
                        540 E. 5th Avenue
                        Anchorage, AK 99501
                        (907) 276-5858

FOR THE DEFENDANTS:     MR. JOHN D. HARJEHAUSEN
                        State of Alaska, Dept.
                         of Law
                        1031 W. 4th Avenue
                        Anchorage, AK 99501
                        (907) 269-5100
```

Computer Matrix, LLC                Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501    Fax: 907-243-1473      Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 1 of 8

Exhibit B
Page 1 of 8

Page 2

```
 1                    P R O C E E D I N G S
 2                       Zoom - 12/9/2025)
 3             (On record)
 4             REPORTER:  My name is Nathaniel Hile, Notary
 5   for the state of Alaska and court reporter who
 6   represents Computer Matrix Court Reporters, whose
 7   business address is 329 F Street, Suite 222.  This is a
 8   videotape Zoom deposition of Traci Reedy taken pursuant
 9   to notice by the defendant.  The case is in the United
10   States District Court for the State of Alaska.  The
11   case number is 3:19-cv-00224-KFR.  Today is December
12   9th, 2025.
13             (Off record)
14             (On record)
15             REPORTER:  The time is 10:00 a.m.  The caption
16   is already on.  This is the time set for the deposition
17   of Traci Reedy.  John, go ahead.
18             MR. HARJEHAUSEN:  John Harjehausen for
19   defendant Trooper Matthew Wertanen.  Mr. Jeff Daybell
20   is here for the plaintiff. We're here for the
21   deposition of Traci Reedy.  We served the notice to Ms.
22   Reedy's designated address of record.  She is not yet
23   present. We're going to wait 10 minutes to see if she
24   shows up for this deposition.  At which point we will
25   go off record.
```

Computer Matrix, LLC       Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501   Fax: 907-243-1473       Email: sahile@gci.net

Case 3:19-cv-00224-KFR   Document 105-2   Filed 12/31/25   Page 2 of 8

Exhibit B
Page 2 of 8

```
 1            REPORTER:  Sounds good.  Off record.
 2            (Off record)
 3            (On record)
 4            REPORTER:  The time is now 10:13 a.m. Alaska
 5   Standard Time.  Go ahead, John.
 6            MR. HARJEHAUSEN:  Thank you.  Again, John
 7   Harjehausen for Trooper Wertanen.  We've now waited
 8   approximately 13 minutes for the deponent, Traci Reedy,
 9   to appear.  She has not appeared.  This is the second
10   notice of deposition that's been served on her address
11   of record via court order.  It does not appear that
12   she's going to present herself today, so we're going to
13   adjourn the deposition to seek further relief from the
14   Court.
15            Thank you.
16            REPORTER:  Sounds good.  Anything, Jeff?
17            MR. DAYBELL:  No.  Thanks.
18            REPORTER:  Sounds good.  Then that concludes
19   the deposition.  The time is 10:14.
20            (Off record)
21                      (END OF PROCEEDINGS)
22
23
24
25
```

Computer Matrix, LLC              Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501    Fax: 907-243-1473              Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 3 of 8
Exhibit B
Page 3 of 8

Page 4

```
 1                  C E R T I F I C A T E
 2   UNITED STATES OF AMERICA      )
                                   )ss
 3   STATE OF ALASKA               )
 4            I, Salena A. Hile, Notary Public in and for the
 5   state of Alaska, residing in Anchorage in said state,
 6   do hereby certify that the witness in the foregoing
 7   matter was duly sworn to testify to the truth, and
 8   nothing but the truth;
 9            That said testimony was taken at the time and
10   place therein stated;
11            That the testimony of said witness was recorded
12   electronically and thereafter transcribed under my
13   direction and reduced to print;
14            That the foregoing is a full, complete, and
15   true record of said testimony.
16            I further certify that I am not a relative, nor
17   employee, nor attorney, nor of counsel of any of the
18   parties to the foregoing matter, nor in any way
19   interested in the outcome of the matter therein named.
20            IN WITNESS WHEREOF I have hereunto set my hand
21   and affixed my seal this 23rd day of December, 2025.
22
23            _____
              Salena A. Hile
24            Notary Public, State of Alaska
              My Commission Expires:9/16/2026
25
```

Computer Matrix, LLC  Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501  Fax: 907-243-1473  Email: sahile@gci.net

Case 3:19-cv-00224-KFR   Document 105-2   Filed 12/31/25   Page 4 of 8

Exhibit B
Page 4 of 8

```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
    FERNANDO OSPINA and TRACI REEDY,)
                                    )
                Plaintiffs,         )
                                    )
    vs.                             )
                                    )
    MATTHEW J. WERTANEN, STATE OF   )
    ALASKA, DEPARTMENT OF PUBLIC    )
    SAFETY,                         )
                                    )
                Defendants.         )
    _____)
    Case No. 3:19-cv-00224-KFR
             ZOOM VIDEO DEPOSITION OF TRACI REEDY
                      DECEMBER 9, 2025
    APPEARANCES:
       FOR THE PLAINTIFFS:          MR. JEFF DAYBELL
                                    Barber & Associates
                                    Attorneys at Law
                                    540 E. 5th Avenue
                                    Anchorage, AK 99501
                                    (907) 276-5858

       FOR THE DEFENDANTS:          MR. JOHN D. HARJEHAUSEN
                                    State of Alaska, Dept.
                                     of Law
                                    1031 W. 4th Avenue
                                    Anchorage, AK 99501
                                    (907) 269-5100
```

Computer Matrix, LLC              Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501    Fax: 907-243-1473              Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 5 of 8

Exhibit B
Page 5 of 8

Page 2

```
 1              P R O C E E D I N G S
 2              Zoom - 12/9/2025)
 3         (On record)
 4         REPORTER:  My name is Nathaniel Hile, Notary
 5   for the state of Alaska and court reporter who
 6   represents Computer Matrix Court Reporters, whose
 7   business address is 329 F Street, Suite 222.  This is a
 8   videotape Zoom deposition of Traci Reedy taken pursuant
 9   to notice by the defendant.  The case is in the United
10   States District Court for the State of Alaska.  The
11   case number is 3:19-cv-00224-KFR.  Today is December
12   9th, 2025.
13         (Off record)
14         (On record)
15         REPORTER:  The time is 10:00 a.m.  The caption
16   is already on.  This is the time set for the deposition
17   of Traci Reedy.  John, go ahead.
18         MR. HARJEHAUSEN:  John Harjehausen for
19   defendant Trooper Matthew Wertanen.  Mr. Jeff Daybell
20   is here for the plaintiff. We're here for the
21   deposition of Traci Reedy.  We served the notice to Ms.
22   Reedy's designated address of record.  She is not yet
23   present. We're going to wait 10 minutes to see if she
24   shows up for this deposition.  At which point we will
25   go off record.
```

Page 3

```
 1         REPORTER:  Sounds good.  Off record.
 2         (Off record)
 3         (On record)
 4         REPORTER:  The time is now 10:13 a.m. Alaska
 5   Standard Time.  Go ahead, John.
 6         MR. HARJEHAUSEN:  Thank you.  Again, John
 7   Harjehausen for Trooper Wertanen.  We've now waited
 8   approximately 13 minutes for the deponent, Traci Reedy,
 9   to appear.  She has not appeared.  This is the second
10   notice of deposition that's been served on her address
11   of record via court order.  It does not appear that
12   she's going to present herself today, so we're going to
13   adjourn the deposition to seek further relief from the
14   Court.
15      Thank you.
16         REPORTER:  Sounds good.  Anything, Jeff?
17         MR. DAYBELL:  No.  Thanks.
18         REPORTER:  Sounds good.  Then that concludes
19   the deposition.  The time is 10:14.
20         (Off record)
21             (END OF PROCEEDINGS)
22
23
24
25
```

Page 4

```
 1              C E R T I F I C A T E
 2   UNITED STATES OF AMERICA   )
                                )ss
 3   STATE OF ALASKA            )
 4         I, Salena A. Hile, Notary Public in and for the
 5   state of Alaska, residing in Anchorage in said state,
 6   do hereby certify that the witness in the foregoing
 7   matter was duly sworn to testify to the truth, and
 8   nothing but the truth;
 9         That said testimony was taken at the time and
10   place therein stated;
11         That the testimony of said witness was recorded
12   electronically and thereafter transcribed under my
13   direction and reduced to print;
14         That the foregoing is a full, complete, and
15   true record of said testimony.
16         I further certify that I am not a relative, nor
17   employee, nor attorney, nor of counsel of any of the
18   parties to the foregoing matter, nor in any way
19   interested in the outcome of the matter therein named.
20         IN WITNESS WHEREOF I have hereunto set my hand
21   and affixed my seal this 23rd day of December, 2025.
22
23         _____
           Salena A. Hile
24         Notary Public, State of Alaska
           My Commission Expires:9/16/2026
25
```

2 (Pages 2 to 4)

Computer Matrix, LLC                    Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501    Fax: 907-243-1473        Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 6 of 8
Exhibit B
Page 6 of 8

**A**
a.m 2:15 3:4
address 2:7,22 3:10
adjourn 3:13
affixed 4:21
ahead 2:17 3:5
AK 1:15,18
Alaska 1:2,6,17 2:5,10 3:4 4:3 4:5,24
AMERICA 4:2
Anchorage 1:15 1:18 4:5
appear 3:9,11
APPEARANC... 1:12
appeared 3:9
approximately 3:8
Associates 1:13
attorney 4:17
Attorneys 1:14
Avenue 1:14,18

**B**
Barber 1:13
business 2:7

**C**
C 2:1 4:1,1
caption 2:15
case 1:9 2:9,11
certify 4:6,16
Commission 4:24
complete 4:14
Computer 2:6
concludes 3:18
counsel 4:17
court 1:1 2:5,6 2:10 3:11,14

**D**
D 1:16 2:1
day 4:21
Daybell 1:13 2:19 3:17
December 1:11 2:11 4:21
defendant 2:9 2:19
Defendants 1:8 1:16
DEPARTME... 1:6
deponent 3:8
deposition 1:10 2:8,16,21,24 3:10,13,19
Dept 1:17
designated 2:22
direction 4:13
District 1:1,2 2:10
duly 4:7

**E**
E 1:14 2:1,1 4:1 4:1
electronically 4:12
employee 4:17
Expires:9/16/2... 4:24

**F**
F 2:7 4:1
FERNANDO 1:3
foregoing 4:6,14 4:18
full 4:14
further 3:13 4:16

**G**
G 2:1
go 2:17,25 3:5
going 2:23 3:12

3:12
good 3:1,16,18

**H**
hand 4:20
Harjehausen 1:16 2:18,18 3:6,7
hereunto 4:20
Hile 2:4 4:4,23

**I**
interested 4:19

**J**
J 1:6
Jeff 1:13 2:19 3:16
John 1:16 2:17 2:18 3:5,6

**K**

**L**
Law 1:14,17

**M**
Matrix 2:6
matter 4:7,18,19
Matthew 1:6 2:19
minutes 2:23 3:8

**N**
N 2:1
name 2:4
named 4:19
Nathaniel 2:4
Notary 2:4 4:4 4:24
notice 2:9,21 3:10
number 2:11

**O**
O 2:1

order 3:11
OSPINA 1:3
outcome 4:19

**P**
P 2:1
parties 4:18
place 4:10
plaintiff 2:20
Plaintiffs 1:4,13
point 2:24
present 2:23 3:12
print 4:13
PROCEEDIN... 3:21
Public 1:6 4:4,24
pursuant 2:8

**Q**

**R**
R 2:1 4:1
record 2:3,13,14 2:22,25 3:1,2,3 3:11,20 4:15
recorded 4:11
reduced 4:13
Reedy 1:3,10 2:8 2:17,21 3:8
Reedy's 2:22
relative 4:16
relief 3:13
reporter 2:4,5 2:15 3:1,4,16 3:18
Reporters 2:6
represents 2:6
residing 4:5

**S**
S 2:1
SAFETY 1:7
Salena 4:4,23
seal 4:21

second 3:9
see 2:23
seek 3:13
served 2:21 3:10
set 2:16 4:20
shows 2:24
Sounds 3:1,16 3:18
ss 4:2
Standard 3:5
state 1:6,17 2:5 2:10 4:3,5,5,24
stated 4:10
States 1:1 2:10 4:2
Street 2:7
Suite 2:7
sworn 4:7

**T**
T 4:1,1
taken 2:8 4:9
testify 4:7
testimony 4:9,11 4:15
Thank 3:6,15
Thanks 3:17
time 2:15,16 3:4 3:5,19 4:9
today 2:11 3:12
Traci 1:3,10 2:8 2:17,21 3:8
transcribed 4:12
Trooper 2:19 3:7
true 4:15
truth 4:7,8

**U**
United 1:1 2:9 4:2

**V**
VIDEO 1:10
videotape 2:8

Computer Matrix, LLC            Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501   Fax: 907-243-1473            Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 7 of 8
Exhibit B
Page 7 of 8

| | |
|---|---|
| **vs** 1:5 | **329** 2:7 |
| **W** | **4** |
| **W** 1:18 | **4th** 1:18 |
| **wait** 2:23 | |
| **waited** 3:7 | **5** |
| **way** 4:18 | **540** 1:14 |
| **we're** 2:20,23 3:12 | **5th** 1:14 |
| **We've** 3:7 | **6** |
| **Wertanen** 1:6 2:19 3:7 | **7** |
| **WHEREOF** 4:20 | **8** |
| **witness** 4:6,11 4:20 | **9** |
| | **9** 1:11 |
| **X** | **907** 1:15,19 |
| | **99501** 1:15,18 |
| **Y** | **9th** 2:12 |
| **Z** | |
| **Zoom** 1:10 2:2,8 | |
| **0** | |
| **1** | |
| **10** 2:23 | |
| **10:00** 2:15 | |
| **10:13** 3:4 | |
| **10:14** 3:19 | |
| **1031** 1:18 | |
| **12/9/2025** 2:2 | |
| **13** 3:8 | |
| **2** | |
| **2025** 1:11 2:12 4:21 | |
| **222** 2:7 | |
| **23rd** 4:21 | |
| **269-5100** 1:19 | |
| **276-5858** 1:15 | |
| **3** | |
| **3:19-cv-00224...** 1:9 2:11 | |

Computer Matrix, LLC            Phone: 907-227-5312
329 F Street, Ste. 222., Anch. AK 99501   Fax: 907-243-1473        Email: sahile@gci.net

Case 3:19-cv-00224-KFR    Document 105-2    Filed 12/31/25    Page 8 of 8
Exhibit B
Page 8 of 8